**Order entered March 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

### LAZARUS IROH, ANDREW OKAFOR, LUI AKWURUOHA, CALEB OKEKE, AND HENRY NNABUGWU, Appellants

### V.

### EMMANUEL IGWE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

Before the Court is appellants' lawyer's motion to withdraw as counsel. Because the motion does not comply with the rules of appellate procedure, we **DENY** the motion. *See* TEX. R. APP. P. 6.1(c).

Also before the Court is appellants' motion to abate the submission of this appeal pending retention of new counsel. We **DENY** the motion. However, on the Court's own motion, we **REMOVE** this case from the submission docket of April 29, 2014. The case will be submitted at a later date as assigned by the Court.

/s/    JIM MOSELEY
PRESIDING JUSTICE